UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
4.13.16
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

JOSE LUIS LOPEZ BRAVO

CASE NO. 3:16-cr-45-J-34PDB
Ct. 1: 18 U.S.C. §§ 922(a)(1)(A), and 924(a)(1)(D)
Ct. 2: 18 U.S.C. § 1715
Forfeiture: 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, but no later than on or about January 5, 2016, and continuing through on or about March 30, 2016, in Duval County, in the Middle District of Florida, in Puerto Rico, and elsewhere,

JOSE LUIS LOPEZ BRAVO,

the defendant herein, who was not a licensed importer, licensed manufacturer, and licensed dealer of firearms as required under Title 18, United States Code, Section 923, did knowingly and willfully engage in the business of dealing in firearms and in the course of such business did ship, transport and receive firearms in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWO

Beginning on a date unknown to the Grand Jury, but no later than on or about January 5, 2016, and continuing through on or about March 30, 2016, in Duval County, in the Middle District of Florida, in Puerto Rico, and elsewhere,

### JOSE LUIS LOPEZ BRAVO,

the defendant herein, did knowingly deposit for mailing and delivery, and did knowingly cause to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, various pistols, revolvers, or firearms declared nonmailable by Title 18, United States Code, Section 1715.

In violation of Title 18, United States Code, Section 1715.

## FORFEITURE

1.      The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of a violation of Title 18, United States Code, Sections 922 and/or 924, the defendant, JOSE LUIS LOPEZ BRAVO, shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*Angie Wright*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
JAY TAYLOR
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

3

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOSE LUIS LOPEZ BRAVO

## INDICTMENT

Violations:

Ct. 1:  18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)
Ct. 2:  18 U.S.C. § 1715

A true bill,

_____
Foreperson

Filed in open court this 13th day of April, 2016.

_____
Clerk

Bail   $_____

GPO 863 525